IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN RAY HEMPILL                                                          PLAINTIFF

V.                          Case No. 4:19-cv-741 JM

CR BARD INCORPORATED and
BRAD PERIPHERAL VASCULAR INC.                                    DEFENDANTS

## ORDER

Plaintiff has filed a Motion to Dismiss Without Prejudice all claims against the Defendants. The Court finds that Plaintiff's motion (Doc. No. 18) should be, and hereby is, GRANTED. The Court notes that Plaintiff's right to re-file these claims against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the claims against the Defendants.

The Motion to Dismiss (Doc. No. 18) is GRANTED. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of February, 2020.

James M. Moody Jr.
United States District Judge